UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:26-cv-00110

———

**Sadrick Bevard Johnson,**
*Plaintiff,*

v.

**Kevin H. Settle,**
*Defendant.*

———

## ORDER

Plaintiff, proceeding pro se, initiated this case under 42 U.S.C. § 1983. Doc. 3. The case was referred to a magistrate judge, who issued a report recommending that the court dismiss plaintiff's action without prejudice for failing to comply with a court order. Doc. 11 at 2. The report was mailed to plaintiff at his last-known address and returned as undeliverable. Doc. 13. Plaintiff failed to file objections or otherwise communicate with the court.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's action is dismissed without prejudice. Any pending motions are denied as moot.

*So ordered by the court on May 12, 2026.*

———

J. CAMPBELL BARKER
United States District Judge

- 1 -